Submitted on briefs March 1, affirmed March 8, 1976

ROY GREER, *Petitioner,*

*v.*

OREGON CORRECTIONAL INSTITUTION, *Respondent.*

(CA 5370)

546 P2d 1097

Gary D. Babcock, Attorney for Petitioner.

Lee Johnson, Attorney for Respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

PER CURIAM.

Affirmed. *Palmer v. OSP,* 24 Or App 177, 545 P2d 141 (1976).